IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00345-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GUMARO VALENCIA;
2.    ERIC GOMEZ;
3.    ARMANDO SANDOVAL-RODRIGUEZ; and
**4.**    **BLAS SOSA-QUINTERO**,

    Defendants.

---

## ORDER TO RESET SENTENCING HEARING

---

This matter is before the Court *sua sponte*. The sentencing hearing currently set for February 8, 2006 at 8:15 a.m. is RESET to **February 9, 2006 at 9:00 a.m.**

    DATED: February 2, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*
                                              _____
                                              Phillip S. Figa
                                              United States District Judge