IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00345-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     GUMARO VALENCIA;
2.     ERIC GOMEZ;
3.     ARMANDO SANDOVAL-RODRIGUEZ; and
**4.**     **BLAS SOSA-QUINTERO**,

    Defendants.

---

### ORDER TO RESET SENTENCING HEARING
---

At the oral request of counsel, the Court ORDERS that the sentencing hearing currently set for February 9, 2006 at 9:00 a.m. is RESET to **February 10, 2006 at 11:00 a.m.**

    DATED: February 8, 2006

                                                    BY THE COURT:

                                                    *s/ Phillip S. Figa*
                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge